IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| Vs. | ) | CRIMINAL NO. 04-2 ERIE |
| | ) | |
| DANIEL RAY HINES | ) | |
|     Defendant. | ) | |

### AMENDED JUDGMENT

AND NOW THIS __4th__ day of August, 2005, pursuant to the Correction of Sentence on Remand 18 U.S.C. 3742(f)(1) and (2)

IT IS HEREBY ORDERED the Defendant, DANIEL RAY HINES is hereby committed to the Custody of the United States Bureau of Prisons to be imprisoned for a total term of 135 months.  All other terms and provisions of the original judgment filed on November 22, 2004, remain in full force and effect.

                                                                                                                    s/Sean J. McLaughlin
                                                                                                                     SEAN J. MCLAUGHLIN
                                                                                                                     UNITED STATES DISTRICT JUDGE

cc: Counsel of record
     U.S. Marshal
     Probation/Pretrial
     Federal Bureau of Prisons