# STATEMENT TO SUPPORT REQUEST TO PROCEED IN FORMA PAUPERIS

UNITED STATES OF AMERICA

vs.

Daniel Hines REG# 66269-061

_____
(Movant)

"A § 2255 Habeas Action As Filed"

Case No. : To Be Assigned

CA 06-152 E

I, _____DANIEL HINES_____, declare under penalty of perjury, that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I declare that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor and that I am entitled to relief.

1. Are you presently employed?   Yes ( )  No (X)

   a. If the answer is "Yes," state the amount of your salary or wages per month and give the name and address of your employer. _____
   None, due to extended incarceration
   _____

   b. If the answer is "No," state the date of your last employment, the amount of the salary or wages per month which you received. _____
   None due to extended incarceration
   _____

2. Have you received within the past twelve (12) months any money from any of the following sources?
   a. Business, profession or form of self-employment?   Yes ( )  No (X)
   b. Rent payments, interest or dividends?              Yes ( )  No (X)
   c. Pensions, annuities or life insurance payments?   Yes ( )  No (X)
   d. Disability or workers compensation payments?      Yes ( )  No (X)
   e. Gifts or inheritances?                             Yes ( )  No (X)
   f. Any other sources?                                 Yes ( )  No (X)

If the answer to any of the above is "Yes," describe each source of money and state the amount received from each during the past twelve months._____
None, I am indigent and incarcerated, with excellent cause
for appeal as documented by attorney omissions on record
_____

FILED
'06 JUL 10 P1:21
CLERK
U.S. DISTRICT COURT

-10-

3. Do you own any cash, or do you have money in a checking or savings accounts? (Include any funds in prison accounts).  Yes ( )  No (x)      * Prison Account Statement Forthcoming

   If the answer is "yes," state the total value of the items owned.

   None, Indigent and incarcerated

4. Do you own any real estate, stocks, bonds, securities, or other valuable property (excluding ordinary household furnishings and clothing)?  Yes ( )  No (x)

   If the answer is "yes," describe the property and state its approximate value:_____

   None

5. List the persons who are dependent upon you for support, state your relationship to those persons and indicate how much you contribute to their support._____

   None, I am incapable of support due to extended incarceration

I declare under penalty of perjury that the above information is true and correct.

Executed on __7-5__, 2006   _Daniel Hines_
              (Date)                    (Petitioner's Signature or
                                        Signature of Petitioner's Representative)
                                        Daniel Hines REG# 66269-061
                            CERTIFICATE    FCI Schuylkill
                                           POB 759 Minersville, Pa. 17954

I hereby certify that the petitioner herein has the sum of $_____ on account to his credit at th _____institution where he confined. I further certify that petitioner likewise has the following securities to his credit according to th records of said _____ institutions:_____

_____
Authorized Officer of Institution

-11-