D HINES
66269-061
FCI Schuylkill
P.O. Box 759
Minersville PA.
17954

PLEASE RETURN THE ENCLOSURE TO THE ABOVE AD...
THE ENCLOSED LETTER
PROCESSED THROUGH
FCI/FPC SCHUYLKILL
P.O. BOX 700
MINERSVILLE 17954

7/6/6

LEGAL MAIL

UNITED STATES DISTRICT COURT
17 SOUTH PARK ROW
ERIE PENNSYLVANIA
16501

LEGAL MAIL

RECEIVED

JUL 10 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA



MINERSVILLE PA 17954 JUL PM 2006