IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Vs. | ) Criminal Number 04- 2 Erie |
| | ) |
| DANIEL HINES, | ) |
|     Defendants. | ) |

**O R D E R**

AND NOW, this 10th day of July, 2006, the Defendant having filed a Motion to Vacate Judgment

IT IS HEREBY ORDERED that the Plaintiffs file a Brief in Opposition to this Motion on or before July 31, 2006.

    S/Sean J. McLaughlin
    Sean J. McLaughlin
    United States District Judge

cc: all parties of record