IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 04-2 Erie |
| | ) |
| DANIEL HINES, | ) |
| Defendants. | ) |

## **O R D E R**

AND NOW, this  2nd , day of August, 2006

IT IS HEREBY ORDERED that this matter is scheduled for an **Evidentiary Hearing** on **September 29, 2006** at **10:00 a.m.** before the Honorable Sean J. McLaughlin, United States Courthouse and Post Office, 17 South Park Row, Erie, PA

IT IS FURTHER ORDERED that the Clerk of Courts issue **Writ of Habeas Corpus Ad Testificandum** to the **Warden for F.C.I. Schuylkill** for the production of **DANIEL HINES**, to be present for testimony at an Evidentiary Hearing Scheduled on **Friday, September 29, 2006** at **10:00 am.**

IT IS FURTHER ORDERED that all costs to be borne by the government.

                                                         S/Sean J. McLaughlin
                                                         Sean J. McLaughlin
                                                         United States District Judge

cc: All counsel/parties of record
      United States Marshal Service
      United States Probation Service