IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

United States of America )
_____ )
_____ )
              Plaintiffs  )      CR 04-2 Erie
        vs.               )
Daniel Ray Hines (1)      )
_____ )
_____ )
              Defendants  )

HEARING ON __Motion to Vacate 2255; Evidentiary Hrg.__

Before __Judge Sean J. McLaughlin__

__Marshall Piccinini, AUSA__          __John J. Mead__

Appear for Plaintiff                  Appear for Defendant

Hearing Begun __10-17-06 @ 8:59 am__   Hrg Adjourned to __10:25 am__

Hrg concluded C.A.V. __11 am - 11:40 am__   Stenographer __R Bench__
                     __1:22 pm__                         __N. Liezek__
                            WITNESSES
For Plaintiff                         For Defendant

Witness - Daniel Ray Hines; Thomas W Patton; MaryAnn Hines.
Ordered the △ Waives the Client/Attorney privilege

Government Exhibits; 1 - email attached/admitted.
Government Exhibit; 2 - email attached/admitted.
Government Exhibit; 3 letter to Mr. Hines from PDA (Pittsburgh)
Government Exhibit; 4 notice of Appeal dated 12-1-04
Govt Exhibit; 5 letter to Mr. Hines from Tom Patton dated 10-10-03

20 days after transcript findings of fact conclusions;